USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

United States of America,

**ORDER**
18-CR-420 (ALC)

-against-

Jamer Davis,

Defendant(s)
------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Change of Plea Hearing is scheduled for **March 11, 2020** at **2:15 p.m.**

**SO ORDERED.**

Dated: New York, New York
March 10, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE