MEMO ENDORSED   Case 1:18-cr-00420-ALC   Document 641   Filed 10/23/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/23/20

**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

October 16, 2020

**By ECF**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Jamer Davis*
              **18 Cr. 420 (ALC)**

Dear Judge Carter:

    With the consent of Mr. Davis' Pretrial Officer, Rena Bolin, and AUSA Christopher Clore, I respectfully request the removal of the curfew enforced location monitoring.

    According to Ms. Bolin, Mr. Davis' compliance has improved and his last drug test was negative, and he is attending a GED program, Friends of Island Academy.

Very truly yours,

William J. Stampur

cc:    U.S. Pretrial Officer Rena Bolin
       AUSA Christopher Clore

**The application is GRANTED.
So Ordered.**

*/s/ Andrew L. Carter*
10/23/20