USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-31-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         Plaintiff,

       -against-                                18-CR-420 (ALC)

JAMER DAVIS,                                   **ORDER**

                         Defendant.

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Telephone Change of Plea Hearing is set for **April 1, 2022** at **2:00 p.m.** Members of the public and the press should dial 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. This is an audio only line.

SO ORDERED.

Dated:     New York, New York
             March 31, 2022

                                                   ANDREW L. CARTER, JR.
                                                   United States District Judge