**MEMO ENDORSED**

# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

May 26, 2022

By ECF

Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/1/22

Re: *United States v. Jamer Davis*, S1 18 Cr. 420 (ALC)

Dear Judge Carter:

I am counsel of record for Jamer Davis in the above-captioned case. I write to respectfully request an adjournment of Mr. Davis' sentence, now scheduled for June 30, 2022, until July 14, 2022 at 3:30 PM.

Counsel has consulted with AUSA Christopher Clore and he has no objection to this request.

Thank you for your attention to this matter.

Very truly yours,

*William J. Stampur*
William J. Stampur

cc: AUSA Christopher Clore (By ECF)

The application is **GRANTED**.
So Ordered.

*Andrew L. Carter*  6/1/22

WS/Davis/Ltr Rqst to Ct/Adj Sent