```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,          :
                                   :
                    Plaintiff,     :
                                   :       18-CR-420 (ALC)
         -against-                 :
                                   :       ORDER
JAMER DAVIS,                       :
                                   :
                    Defendant.     :
                                   :
                                   :
------------------------------------------------------------------ x
```

ANDREW L. CARTER, JR., District Judge:

A video sentencing is set for **July 14, 2022** at **12:30 p.m.**

Members of the public and the press may attend the conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 490832996#.

**SO ORDERED.**

Dated:   New York, New York
         July 7, 2022

                                                _____
                                                ANDREW L. CARTER, JR.
                                                United States District Judge