```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 9-15-22
```

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                       **Plaintiff,**

                                                                                 18-CR-420 (ALC)

    -against-

                                                                                     **ORDER**

JAMER DAVIS,

                       **Defendant.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A video sentencing is set for **September 19, 2022** at **12:00 p.m.**

Members of the public and the press may attend the conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 406079712#.

**SO ORDERED.**

Dated:    New York, New York
             September 15, 2022

                                                                      _/s/ Andrew L. Carter, Jr._
                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**