USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-28-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

JAMER DAVIS,

                Defendant.

-----------------------------------------------------------------x

18-CR-420 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The September 19, 2022 video sentencing is adjourned to **October 26, 2022** at **11:00 a.m.** Members of the public and the press may attend the conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 14514511#.

**SO ORDERED.**

Dated:    New York, New York
             September 19, 2022

                                            _/s/ Andrew L. Carter, Jr._
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**