```
                                                      USDC SDNY
                                                      DOCUMENT
                                                      ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                          DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                         DATE FILED: 11-10-22
```

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                     Plaintiff,

    -against-                                   18-CR-420 (ALC)

JAMER DAVIS,                            **ORDER**

                     Defendant.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A video sentencing is set for **November 16, 2022** at **11:00 a.m.**

Members of the public and the press may attend the sentencing by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 872674662#.

**SO ORDERED.**

Dated:    New York, New York
            November 10, 2022

                                                  _/s/ Andrew L. Carter, Jr._
                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge